■ STATE OF NEW YORK et al., Respondents, and FRONTIER CHEMICAL ROYAL AVENUE PHASE I POTENTIALLY RESPONSIBLE PARTIES GROUP et al., Appellants-Respondents, v ACSTAR INSURANCE COMPANY, as Guarantor for FRONTIER CHEMICAL WASTE PROCESS, INC., et al., Respondent-Appellant. [690 NYS2d 462] —Order and judgment unanimously affirmed without costs for the reasons stated in decision at Supreme Court, Mahoney, J. (Appeals from Order and Judgment of Supreme Court, Erie County, Mahoney, J.—Summary Judgment.) Present—Denman, P. J., Green, Pine, Lawton and Hurlbutt, JJ.